IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00597-LTB-CBS

THE WESTCOR COMPANY II LIMITED PARTNERSHIP,
a limited partnership;
FLATIRON PROPERTY HOLDING, LLC,
a limited liability company;
FLATIRON SPE LLC, a limited liability company;
FLATIRON HOLDING, LLC, a limited liability company;
FLATIRON MESSANINE, LLC, a limited liability company,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that the Unopposed Motion to Approve Stipulation to Take the Depositions of Westcor Representative and Third Party Deponent Outside of Discovery Cutoff Date (filed February 27, 2006; *doc. no. 27*) is **GRANTED**. Parties are permitted to take the depositions of Barbara Landis and Ground Engineering Consultants after the February 24, 2006, discovery deadline.

**DATED:**    March 2, 2006