IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00597-LTB-CBS

THE WESTCOR COMPANY II LIMITED PARTNERSHIP,
FLATIRON PROPERTY HOLDING, L.L.C.,
FLATIRON SPE, L.L.C.
FLATIRON HOLDING, L.L.C., and
FLATIRON MEZZANINE, L.L.C.,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

    Defendant.
_____

ORDER
_____

    This case is before me upon defendant's "Motion for Certification of Summary Judgment Order for 28 U.S.C. § 1292 Appeal," and "Motion For Stay of Proceedings Pending Disposition of Appeal." The plaintiffs have filed their response to the motion.

    I have reviewed the motion together with the response in light of the file and record in this action. Upon such review I cannot conclude that: 1) the order involves a controlling question of law; 2) there exists substantial ground for difference of opinion as to the question; and 3) an immediate appeal may materially advance the ultimate termination of this litigation. Defendant has failed to meet its burden to show extraordinary circumstances that justify departure from the general rule against piecemeal appeals. Accordingly,

    IT IS ORDERED that defendant's Motion for Certification of Summary Judgment Order for 28 U.S.C.§ 1292 Appeal is DENIED and plaintiffs' Motion for Stay of Proceedings Pending

Disposition of Appeal is DENIED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: July 28, 2006