IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00597-LTB-CBS

THE WESTCOR COMPANY II LIMITED PARTNERSHIP,
a limited partnership;
FLATIRON PROPERTY HOLDING, LLC,
a limited liability company;
FLATIRON SPE LLC, a limited liability company;
FLATIRON HOLDING, LLC, a limited liability company;
FLATIRON MESSANINE, LLC, a limited liability company,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Motion to Vacate and Reschedule August 2 Motions Hearing (*doc. no. 86)* is **GRANTED**. However, the court would still like to talk with counsel. Therefore,

    IT IS ORDERED that the motion hearing has been **CONVERTED** into a telephonic status conference and remains scheduled for **August 2, 2006, at 4:00 p.m. (Mountain Time)**.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

    Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

    Once the call is complete, the Court may be reached by dialing **(303) 844-2117**.

**DATED:**    August 2, 2006