IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00597-LTB-CBS

THE WESTCOR COMPANY II LIMITED PARTNERSHIP,
FLATIRON PROPERTY HOLDING, L.L.C.,
FLATIRON SPE, L.L.C.
FLATIRON HOLDING, L.L.C., and
FLATIRON MEZZANINE, L.L.C.,

       Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

       Defendant.

_____

## ORDER
_____

       This case is before me on Defendant's Fed.R.Civ.P. 72(a) Objection to the Magistrate Judge's August 18, 2006 Order Granting in Part Plaintiffs' Motion for Protective Order Regarding Discovery from JA Cesare and Associates, Inc.  Plaintiffs have filed their response to the Defendant's Objections.

       Defendant bears the burden to show that the Magistrate Judge's Order was clearly erroneous or contrary to law. Fed.R.Civ.P. 72(a).  Upon my review, I conclude that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law.  Accordingly

       IT IS ORDERED that Defendant's Objections are denied and the Magistrate Judge's Order affirmed.

                                     BY THE COURT:

                                       s/Lewis T. Babcock
                                     LEWIS T. BABCOCK, CHIEF JUDGE

DATED: September 14, 2006