IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00597-LTB-CBS

THE WESTCOR COMPANY II LIMITED PARTNERSHIP,
a limited partnership;
FLATIRON PROPERTY HOLDING, LLC,
a limited liability company;
FLATIRON SPE LLC, a limited liability company;
FLATIRON HOLDING, LLC, a limited liability company;
FLATIRON MESSANINE, LLC, a limited liability company,

      Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      After carefully reviewing the briefs submitted by the parties and the arguments of counsel, and for the reasons stated on the record during the hearing on September 26, 2006, it is hereby

      **ORDERED** that Defendant's Motion to Compel Disclosure of Agent's Claim Files and Reasons for Claim (*doc. no. 57)* is **DENIED**. It is further

      **ORDERED** that Defendant's Motion to Strike Damages or, In the Alternative, Motion in Limine Regarding Damages Evidence and Motion for Additional Discovery Regarding Damages (*doc. no. 78)* is **DENIED**. It is further

      **ORDERED** that Defendant's Motion to Compel Production of Documents on Marsh Privilege Log (*doc. no. 82)* is **DENIED**. It is further

      **ORDERED** that Plaintiffs' Motion to Seal (*doc. no. 100) is* **GRANTED**. It is further

**ORDERED** that Defendant's Motion to Seal Document Defendants Unopposed Motion to File Seal Exhibits a to I, Attached to Defendants Response in Opposition to Plaintiffs Motion to Compel Return of Privileged Documents and for Protective Order (*doc. no. 113)* is **GRANTED**.  It is further

**ORDERED** that Plaintiffs' Motion to Compel Return of Privileged Documents and for Protective Order (*doc. no. 101)* is **DENIED**.  It is further

**ORDERED** that Defendant's Motion to Supplement Expert Witness Disclosures (*doc. no. 114)* is **DENIED**.

**DATED:**         September 26, 2006