IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00597-LTB-CBS

THE WESTCOR COMPANY II LIMITED PARTNERSHIP,
FLATIRON PROPERTY HOLDING, L.L.C.,
FLATIRON SPE, L.L.C.
FLATIRON HOLDING, L.L.C., and
FLATIRON MEZZANINE, L.L.C.,

      Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY,

      Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint, Stipulated Motion to Dismiss With Prejudice Due to Settlement (Doc 130 - filed October 12, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, CHIEF JUDGE

DATED: October 16, 2006